In The United States District Court for the
Southern District of Mississippi, Southern
Division



Chad Edward Spiers #R2904                          Plaintiff
    V.                              Civil Action No. 1:17-cv-281-LG-RHW
Gloria Perry, Ron Woodall, Mike
Hatten, Nurse Eubanks, Nurse
Brown, Mississippi Dept. of
Corrections, Centurion of MS, LLC,
MHM Services, Inc, Pelicia Hall,
Darrell Baughn, Kevin Jackson, and
Charmine McCleave                                  Defendants

## Reply to Order Denying Counsel and Requiring Plaintiff to Respond

Comes now, Chad Edward Spiers #R2904, Plaintiff in the above styled action and responds to this Court's Order Denying Counsel and Requiring Plaintiff to Respond.

This Court has ordered the Plaintiff to explain in writing, the following:

(1) How did MHM Services, Inc., violate Plaintiff's Constitutional rights?

(2) How did Kevin Jackson violate Plaintiff's Constitutional rights?

Plaintiff would like this Court to know that each named defendant in this civil action was named in good faith and not to waste the Courts time.

(1) MHM Services, Inc. is the Parent Company of Centurion of MS, LLC. It is their responsibility to ensure that their regional offices provide adequate health care and operate in accordance with community standards. MHM Services have not done this. They've allowed their employees to act with deliberate indifference to the Plaintiff's serious medical need, and by doing so, they have acted with deliberate indifference

to the Plaintiff's serious medical need. By doing so, they have violated the Eighth Amendment to the United States Constitution.

(2) Kevin Jackson is the Director of Constituent Services for MDOC. He was contacted directly through E Mail, and directed by Commissioner Pelicia Hall to review the Plaintiff's situation and provide the Plaintiff's Mother with a response. See <u>Exhibit 14 in Complaint, pages 1, 3, and 5.</u> After Kevin Jackson was made aware of the Plaintiff's denial of health care he did nothing to remedy the situation. In fact, his deliberate indifference was so blatant that in his communication with the Plaintiff's Mother, by telephone, he told her that the Plaintiff was receiving Medical treatment for Hepatitis and that the Plaintiff was lying to her. <u>See Exhibit 38 of Complaint.</u>

Kevin Jackson is in a position of authority with MDOC. He was notified by MDOC's commissioner and Plaintiff's Mother. He knows that the Plaintiff is sick, yet he did nothing to help the Plaintiff receive medical care except hinder the Plaintiff's Mother when she was trying to help get him medical treatment. Kevin Jackson has shown deliberate indifference to the Plaintiff's serious medical need, in violation of the Eighth Amendment to the United States Constitution.

WHEREFORE the Plaintiff hopes this response satisfies the Court Order.

Signed this 5th day of January, 2018.

Chad E. Spiers
Plaintiff

# Certificate of Service

United States District Court,
Southern District of MS,
Clerk's Office
2012 15th Street, Suite 403
Gulfport, MS 39501

J. Adam Miller, Attorney
Miller Law Firm
PO Box 1014
Ocean Springs, MS 39566

I, Chad Edward Spiers, plaintiff, do hereby certify that I have this 8th day of January, 2018, caused to be mailed by United States mail, postage prepaid, a true and correct copy of the above and foregoing Motion to the parties listed above at their usual mailing address.

x /s/ Chad E. Spiers
Plaintiff, pro se

Chad E. Spiers #R2904
SMCI-1, Unit 7A, 1-12 U
PO Box 1419
Leakesville, MS 39451