UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CHAD EDWARD SPIERS                                                                PLAINTIFF

        VERSUS                                    CIVIL ACTION NO. 1:17CV281-RHW

GLORIA PERRY et al                                                              DEFENDANTS

## ORDER AMENDING PARTIES' NAMES

Plaintiff Chad Edward Spiers, proceeding *pro se* and *in forma pauperis*, filed a 42 U.S.C. § 1983 prisoner civil rights complaint alleging inadequate medical care for treatment of Hepatitis C.  In his complaint, he named Unknown Eubanks and Unknown Brown as defendants.  At the screening hearing, counsel for Eubanks and Brown indicated that he would provide the Court with the full names of these two defendants.  The parties agreed to an amendment of the case caption to correct the names of the defendants.  Counsel has advised the Court that the full names of these two defendants are Christena D. Eubanks and Dawn M. Brown.

IT IS THEREFORE ORDERED AND ADJUDGED that the Clerk of Court is directed to amend the case caption to reflect that Defendant Unknown Eubanks' full name is Christena D. Eubanks and that Defendant Unknown Brown's full name is Dawn M. Brown.

SO ORDERED AND ADJUDGED, this the 26th day of June, 2018.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE