UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| CHAD EDWARD SPIERS | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:17CV281-RHW |
| GLORIA PERRY et al | DEFENDANTS |

**FINAL JUDGMENT**

In accordance with the requirement for a separate document pursuant to Federal Rule of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court granting Defendants' motions for summary judgment, the Court hereby enters its Final Judgment in the above-captioned matter.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's 42 U.S.C. § 1983 civil rights complaint is dismissed without prejudice as to all claims and all defendants.

SO ORDERED AND ADJUDGED, this the 5th day of June 2019.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE